UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM L. MILLER,<br><br>    Plaintiff,<br><br>    v.<br><br>DENVER HEALTH HOSPITAL, et al.,<br><br>    Defendants. | Case No. 15-cv-04929-DMR<br><br>**ORDER TO SUBMIT COMPLETE IFP APPLICATION**<br><br>Re: Dkt. No. 2, 4 |

Plaintiff Adam Miller filed this action and an application to proceed in forma pauperis ("IFP") on October 19, 2015. [Docket Nos. 1 and 2.] However, Plaintiff's IFP application is incomplete. Plaintiff lists family loans, food, clothing, phone, housing, and transportation as regular monthly expenses but does not provide the amount for any of these monthly expenses. Docket No. 2 at 3. Plaintiff also did not provide complete information regarding his debts or financial obligations. Plaintiff lists debts or financial obligations to family and "credible personal loans from individuals," but does not describe the amount owed or to whom the debts are payable. Docket No. 2 at 4.

On October 30, 2015, the court issued an Order requiring Plaintiff to submit a completed IFP application or pay the filing fee no later than November 13, 2015. [Docket No. 4.] The Order was served on Plaintiff by mail. [Docket No. 4-1.] On November 9, 2015, the Order sent to Plaintiff was returned as undeliverable. [Docket No. 6.] Plaintiff has contacted the court and indicated that there was a problem with the spelling of his name, which has now been corrected.

1   Therefore, Plaintiff is hereby ordered to file a completed IFP application or pay the filing
2   fee by no later than November 30, 2015.  Failure to comply with this order and submit a
3   completed IFP application by November 30, 2015 may result in denial of the IFP application.

**IT IS SO ORDERED.**

Dated: November 12, 2015

_____
Donna M. Ryu
United States Magistrate Judge