UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM L. MILLER,<br><br>  Plaintiff,<br><br>  v.<br><br>DENVER HEALTH HOSPITAL, et al.,<br><br>  Defendants. | Case No. 15-cv-04929-DMR<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE**<br><br>Re: Dkt. Nos. 2, 4, 7 |

Plaintiff Adam Miller filed this action and an application to proceed in forma pauperis (IFP) on October 19, 2015. Docket Nos. 1 and 2. The court reviewed Plaintiff's IFP application and found that it was incomplete. The court issued an order identifying the deficiencies in Plaintiff's IFP application and requiring Plaintiff to submit a completed IFP application or pay the filing fee no later than November 13, 2015. Docket No. 4. The order was served on Plaintiff by mail. Docket No. 4-1. On November 9, 2015, the court's order sent to Plaintiff was returned to the court as undeliverable. Docket No. 6. Plaintiff contacted the court and indicated that there was a problem with the spelling of his name, which has now been corrected.

On November 12, 2015, the court issued another order identifying the deficiencies in Plaintiff's IFP application and requiring Plaintiff to file a completed IFP application or pay the filing fee by no later than November 30, 2015. Docket No. 7. The order stated that failure to comply could result in denial of Plaintiff's IFP application. *Id.*

Despite the court's order requiring Plaintiff to submit a completed IFP application or pay the filing fee for this case by November 30, 2015, Plaintiff has not done so. Therefore, the court denies Plaintiff's IFP application and dismisses Plaintiff's case without prejudice.

**IT IS SO ORDERED.**

Dated: December 8, 2015

_____
Donna M. Ryu
United States Magistrate Judge