UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM L. MILLER,<br><br>        Plaintiff,<br><br>    v.<br><br>DENVER HEALTH HOSPITAL, et al.,<br><br>        Defendants. | Case No. 15-cv-04929-VC<br><br>**ORDER GRANTING MOTION TO REOPEN**<br><br>Re: Dkt. No. 13 |

The plaintiff's motion to reopen the case is granted.

**IT IS SO ORDERED.**

Dated: July 27, 2016

_____
VINCE CHHABRIA
United States District Judge