UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM L. MILLER,<br><br>             Plaintiff,<br><br>    v.<br><br>DENVER HEALTH HOSPITAL, et al.,<br><br>             Defendant. | Case No.  15-cv-04929-VC<br><br>**ORDER**<br><br>Re: Dkt. Nos. 18, 20, 22, 25 |

   Now that the plaintiff's motion to reopen the case has been granted, the Court considers the Report and Recommendation from Magistrate Judge Donna Ryu, Dkt. No. 25.  Pursuant to that Report and Recommendation, the complaint is dismissed for failure to complete the IFP application or pay the filing fee, failure to allege subject matter jurisdiction, failure to allege personal jurisdiction, and lack of venue.  Dismissal is without prejudice to re-filing in the proper jurisdiction and venue.  And although it seems highly unlikely that jurisdiction or venue could ever be proper in this district, dismissal is without prejudice to filing an amended complaint in this district if the plaintiff can cure the defects identified in Judge Ryu's Report and Recommendation.  Any amended complaint must be filed within 30 days, or dismissal will be with prejudice.  The motion for reconsideration, Dkt. No. 18, is denied as moot.  The motions for default judgment and summary judgment, Dkt. Nos. 20 and 22, are denied as premature.

   **IT IS SO ORDERED.**

Dated: July 27, 2016

_____
VINCE CHHABRIA
United States District Judge